# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2019

155886 & (73)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellant/
          Cross-Appellee,

v

VICTOR MANUEL GARAY,
          Defendant-Appellee/
          Cross-Appellant.
_____/

SC: 155886
COA: 329091
Kalamazoo CC: 2014-000785-FJ

On order of the Court, the application for leave to appeal the June 8, 2017 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered and, it appearing to this Court that the case of *People v Masalmani* (Docket No. 154773) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present applications for leave to appeal, we ORDER that the applications be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2019



Clerk

t0329